UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: REVIEW OF EXTRADICTION DETENTION ORDER<br><br>RE: DANNY RAY CHESTINE, JR., | Case No. 2:23-cv-01418-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

On September 11, 2023, Plaintiff filed a Motion for Review of Extradition Detention Order that the Court construed as an unsuccessful attempt to file a complaint. ECF No. 1. Plaintiff's filing failed to be accompanied by either a complete *in forma pauperis* application or the required filing fee. On September 15, 2023, the Court issued an Order giving Plaintiff through and including October 18, 2023 to file a complaint and either pay the filing fee for a civil action or file a complete IFP application. ECF No. 3. The Court also ordered the Clerk of Court to mail Plaintiff (1) the form Civil Rights Complaint, (2) instructions for completing the Complaint, (3) the application to proceed *in forma pauperis* by a non-prisoner, and (4) the instructions for completing this form. *Id*. The Order concluded the Court would recommend dismissal without prejudice of this action if Plaintiff failed to timely comply with the September 15, 2023 Order. *Id.* at 2. As of the date of this Report and Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's September 15, 2023 Order.

Dated this 21st day of October, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).