# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

)
*In re* REVIEW OF EXTRADITION ORDER    )          Case No.: 2:23-cv-01418-GMN-EJY
)
)          **ORDER ADOPTING R&R**

Pending before the Court is the Report and Recommendation, (ECF No. 4), of United States Magistrate Judge Elayna J. Youchah, which recommends dismissing the case.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 4) (setting a November 4, 2023, deadline for objections).

///

///

///

///

1    Accordingly,

2    **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is

3    **ADOPTED in full**.

4    **IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

5    **IT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

6    Dated this __6__ day of November, 2023.

7

8    _____

     Gloria M. Navarro, District Judge
9    United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25